MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-166-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | Court: Hon. Kendall J. Newman |
| GREGORIO MORENO-VALENCIA AND ALEJANDRO AYALA-ACOSTA, | |
| Defendants. | |

Whereas, plaintiff United States of America and defendants Gregorio Moreno-Valencia and Alejandro Ayala-Acosta desire to postpone the currently set September 11, 2018, at 2:00 p.m., preliminary hearing before United States Magistrate Judge Carolyn K. Delaney to allow the parties to conduct additional investigation and legal research, exchange discovery, and discuss possible pre-indictment resolution of this case,

It is hereby stipulated by and between the United States and each defendant, through their respective counsel, that the presently set September 11, 2018, at 2:00 p.m., preliminary hearing shall,

///

///

///

STIPULATION AND ORDER CONTINUING
PRELIMINARY HEARING

1

1  subject to the approval of the Court, be continued until September 27, 2018, at 2:00 p.m., before United
2  States Magistrate Judge Allison Claire.

3  Dated:  August 30, 2018                 */s/ Douglas Beevers*

4                                          _____
                                            DOUGLAS BEEVERS
5                                           Assistant Federal Defender
                                            Attorney for Defendant
6                                           Gregorio Moreno-Valencia
                                            (per email authorization)
7

8  Dated:  August 30, 2018                 */s/ Todd Leras*

9                                          TODD LERAS
                                            Attorney for Defendant
10                                          Alejandro Ayala-Acosta
                                            (per email authorization)
11

12 Dated:  August 30, 2018                 MCGREGOR W. SCOTT
                                            United States Attorney
13
                                            */s/ Samuel Wong*
14                                    By:  _____
                                            SAMUEL WONG
15                                          Assistant United States Attorney

16

17                                    **ORDER**

18

19    The Court having received, read, and considered the stipulation of the parties, taking into
20 account the public interest in the prompt disposition of criminal cases, and good cause appearing
21 therefrom, the Court adopts the stipulation of the parties in its entirety.  The Court specifically finds
22 good cause that the preliminary hearing the presently set September 11, 2018, at 2:00 p.m., shall be
23 continued until September 27, 2018, at 2:00 p.m., before United States Magistrate Judge Allison Claire.
24    It is so ORDERED.
25 Dated:  August 30, 2018
26
27                                          _____
                                            KENDALL J. NEWMAN
28                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING                 2
PRELIMINARY HEARING